CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YAR ZAR MIN,

                        Plaintiff,

        v.

ELLEN JENKINS, Director, United States
Citizenship and Immigration Services, San
Francisco Field Office, *et al.*,

                        Defendants.

Case No. 3:26-cv-02792-PHK

**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); [PROPOSED] ORDER**

        Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed.  USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization.  However, USCIS cannot adjudicate the application until the Court remands the matter to the agency.  *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

        Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

Stipulation to Remand
Case No. 3:26-cv-02792-PHK                        1

1. The Court shall remand this case to USCIS directing the agency to take all necessary actions and to schedule an oath ceremony within 14-days of a stipulated remand, absent unforeseen circumstances.

2. If USCIS does not schedule an oath ceremony within 14-days of the Court remanding this case back to USCIS, Defendants agree not to oppose any motion by Plaintiff requesting that the Court vacate the remand order and reassert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

3. Plaintiff preserves the right to seek costs and fees.

Dated: June 25, 2026                         Respectfully submitted[1],

                                             CRAIG H. MISSAKIAN
                                             United States Attorney


                                             /s/ Molly A. Friend
                                             MOLLY A. FRIEND
                                             Assistant United States Attorney
                                             Attorneys for Defendants



Dated: June 25, 2026
                                             /s/ Raemi Laurel Neils
                                             RAEMI LAUREL NEILS
                                             Law Office of Raemi L. Neils
                                             Attorney for Plaintiff


[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:   6/26/2026

                                             HON. PETER H. KANG
                                             United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Remand
Case No. 3:26-cv-02792-PHK                         2